# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2026

169730 & (3)

Megan K. Cavanagh,
Chief Justice

Brian K. Zahra
Richard H. Bernstein
Elizabeth M. Welch
Kyra H. Bolden
Kimberly A. Thomas
Noah P. Hood,
Justices

*In re* ANONYMOUS JUDGE

SC: 169730
RFI: 2026-26948

BEFORE THE JUDICIAL TENURE
COMMISSION

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The petition for interim suspension is considered, and it is GRANTED. The Honorable Bradley S. Knoll, Judge of the 58th District Court, is suspended with pay until further order of this Court. In order to preserve the confidentiality required by MCR 9.225(A)(2) and MCR 9.261(A), with the exception of this order, the Supreme Court file is suppressed and shall remain confidential until further order of this Court.



I, Elizabeth Kingston-Miller, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2026

Clerk

s0325